### STATE OF CONNECTICUT *v.* MIA MCSWAIN

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 258 (AC 26956), is denied.

*Lauren Weisfeld,* senior assistant public defender, in support of the petition.

*Susann E. Gill,* senior assistant state's attorney, in opposition.

Decided April 2, 2008

### STATE OF CONNECTICUT *v.* RICHARD P. LEMAY

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 486 (AC 27338), is denied.

*Michael Zariphes,* special public defender, in support of the petition.

*Thomas M. DeLillo,* assistant state's attorney, in opposition.

Decided April 2, 2008